IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JAMAL CAUSEY : CIVIL ACTION
:
:
v. :
:
JOHN THOMAS, et al. : NO. 09-4296

ORDER

AND NOW, this 12th day of March, 2010, upon careful and independent consideration of the Petition for Writ of Habeas Corpus (Docket No. 1), the respondents' Response (Docket No. 6), and after review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport (Docket No. 7), to which the deadline for filing objections has passed and to which no objections have been received, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Petition for Writ of Habeas Corpus is DENIED with prejudice and DISMISSED without an evidentiary hearing.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.